# IN THE SUPREME COURT OF THE STATE OF NEVADA

OMAR J. TALLEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JENNIFER P.
TOGLIATTI, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 76576

FILED

NOV 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

Petitioner seeks a writ of prohibition or mandamus directing the district court to grant his pretrial writ of habeas corpus. We conclude that our intervention by extraordinary writ is not warranted. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330; *see also Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that a petitioner bears the burden of demonstrating that extraordinary relief is warranted).[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]We grant petitioner's November 6, 2018 motion for leave to file a reply and supplemental appendix and direct the clerk of the court to file the reply brief and supplemental appendix submitted by petitioner. We have considered those documents in reaching our decision in this matter.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-904399

cc: Hon. Jennifer P. Togliatti, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A